UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMINO CAMACHO ACOSTA,<br><br>  Petitioner,<br><br>  v.<br><br>McEWEN, Warden,<br><br>  Respondent.<br>_____/ | 1:12-CV-01560 AWI GSA HC<br><br>ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE VACATED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[14 DAY DEADLINE] |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On December 13, 2012, the Court granted Petitioner's motion for stay and abeyance. Per the Court's Order, Petitioner was directed to file a status report advising the Court of the status of his state court petitions within thirty (30) days of the Order's date of service. Over thirty (30) days have passed and Petitioner has failed to comply.

Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Petitioner was forewarned that failure to comply with the time deadlines set forth in the Order would result in vacating the stay.

Accordingly, Petitioner is HEREBY ORDERED to SHOW CAUSE, within fourteen (14)

days of the date of service of this order, why the stay should not be vacated for failure to comply with a court order.

IT IS SO ORDERED.

Dated: **January 28, 2013**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE